United States District Court
District of Florida

Franck Saint-Fleur
   Plaintiff

V.                                    Civil Case No.  5:23-Cv-129 WFJ-PRL

Lt. C. Wilmarth,
Lt. T. Albertson,
Lt. G. Inman,
(John Doe) Unknown Name Assoc.
Warden of Security,
(John Doe) Capt. of Security,
(John Doe) Unknown Name Warden-
USP-Thomson,
   Defendants

FILED
'23 FEB 27 PM 12:37
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## Notification of A Monell Issue
### (Monell v. New York City 436 U.S. 658 (1978))

Plaintiff pro-se, hereby places all Named, and unnamed
John Doe Defendant's on Notice that this case deals with
a March 9, 2021 at approx. 13:20 physical assualt and beating
of Plaintiff by Lt. Wilmarth, Lt. Albertson, and Lt. Inman, due
to an unwritten policy or custom fomented by the three John
Doe's all supervisory staff dealing with supervision and training
of Named Defendants.
* Note: John Doe reflects changes of supervisory staff, name are
known to Defendant's; and should be named via an Addendum
by Defendant's.
   Submitted this ___ day of _____, 2023.

       X
       Franck Saint-Fleur #02375-104
       USP-2
       P.O. Box 1034
       Coleman, FL. 33521

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~ *Florida*

Civil Action No. _____

(To be supplied by the court)

Franck Saint-Fleur _____ , Plaintiff,

v.

Lt. C. Wilmarth _____ ,

Lt. T. Albertson _____ ,

Lt. G. Inman _____ ,

Unknown Name Assoc. Warden of Security,

Unknown Name Captain of Security.

Unknown Name Warden - USP Thomson ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

* Monell Issue *

Monell v. New York City Dept. Soc. Serv.
436 US 658 (1978)

___

## PRISONER COMPLAINT

___

(Rev. 1/30/07)

## A. PARTIES

1. Franck Saint-Fleur # 02375-104
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   USP-2, P.O. Box 1034, Coleman, FL. 33521

2. Lt. C. Wilmarth - USP-Thomson
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes X No (CHECK ONE). Briefly explain your answer:
   Lt. C. Wilmarth physically attacked and beat me, which is not BOP Policy.

3. Lt. T. Albertson - USP-Thomson
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes X No (CHECK ONE). Briefly explain your answer:
   Lt. T. Albertson physically attacked and beat me, which is not BOP Policy.

4. Lt. G. Inman - USP-Thomson
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes X No (CHECK ONE). Briefly explain your answer:
   Lt. G. Inman physically attacked and beat me, which is not BOP Policy.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

A. Parties

4). Unknown Name Assoc. Warden of Security - USP - Thomson
   (John Doe)

Being sued in his individual capacity, and official capacity.
Explain:
        The Unknown Name Assoc. Warden of Security at USP-
Thomson fomented an unwritten policy or custom that allowed
unsupervised and poorly trained correctional officers to physically
assualt and beat inmates, which is against BOP Policy.

5). Unknown Name Captain of Security - USP-Thomson
   (John Doe)

Being sued in his individual capacity, and official capacity.
Explain:
        The Unknown Name Capt. of Security at USP-Thomson
Fomented an unwritten policy or custom that allowed unsuper-
vised and poorly trained correctional officers to physically assualt
and beat inmates, which is against BOP Policy.

6). Unknown Name Warden - USP-Thomson
   (John Doe)
        Being sued in his individual capacity, and official capacity.
   Explain: Unknow Warder at USP-Thomson fomented an unwritten
policy or custom that allowed unsupervised and poorly trained correctional
officers to physically assualt and beat inmates, which is against
BOP Policy.
                        (2 Cont.)

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ____  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✗  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    and 18 USC 242 Violation of Civil Rights

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On March 9, 2021 at approx. 13:20 hours while at USP-Thomas in the Western District of Illinois, inside the Lt.'s office, I was physically assualted and beaten by Lt. C. Wilmarth; Lt. T. Albertson; and Lt. G. Inman, all who repearedly stated, "I'm gonna kill you nigger for jacking off on our females."

I in no way threatened, or struck at any of the three (3) named Defendant's, who all attacked me because I am black. It is a common practice of these three (3) Defendants to take black inmates into the Lt. Office where there is no camera, then beat the black inmate, and falsify reports that the black inmate attacked them. It is an unwritten policy or custom fomented by the three (3) John Doe Defendants, who fail to intervene when such occurances are reported to them.

(Rev. 1/30/07)                    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>Violation Civil Rights covered under 18 USC 242 and Constitution</u>

Supporting Facts: On March 9, 2021 at approx. 13:20 hours at USP-Thomas in A-Unit Lt.'s Office, I was physically assaulted and beaten by Lt. C. Wilmarth who is well over 6'7" in height and over 300lbs.; Lt. T. Albertson who is over 5'10" & weighs approx. 175lbs.; and Lt. Inman who is over 5'10" and weighs approx. 230lbs.; all of who each personally assaulted me with closed fist, and booted feet, beating me remorsely about my face, neck, and back, & chest area, stating how they "We're gonna kill you Nigger for jacking off on our females," to "I'm gonna kill you Nigger for jacking off on our females." Plaintiff is 5'8" tall and weighs 152lbs.

It is an unwritten policy or custom fomented by the three (3) John Doe Defendants, who know or should know of the lack of camera's in the Lt.'s Office, where black inmates are taken and regularly beating, just for being black. The Three (3) named Defendant's Wilmarth; Albertson; and Inman regularly use the A-Unit Lt. Office to beat black inmates, then falsify reports stating they were attacked.

Such unwarranted attacks on black inmates violates my civil rights guaranteed by the U.S. Constitution.

(Rev. 1/30/07)                    4

2.  Claim Two: _____

    Supporting Facts:

3.   Claim Three: _____

  Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ⨯ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior lawsuit: _____

2.  Docket number and court name: _____

3.  Claims raised in prior lawsuit: _____

4.  Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5.  If the prior lawsuit was dismissed, when was it dismissed and why? _____

6.  Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?
    ⨯ Yes ___ No (CHECK ONE).

2.  Did you exhaust available administrative remedies? ⨯ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I am requesting a Special Master to be appointed to review how many "inmate assualts" occur in the non-camera areas of USP-Thomas involving the three (3) named Defendants.

I am requesting $350,000.00 from each Defendant individually and seperately for punitive damages; and $350,000.00 from each Defendant individually and seperately in compensatory damages; plus court cost.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _____
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                 8